# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **CODY J. SALWAY,**  Defendant. | PO-25-5081-GF-JTJ  VIOLATIONS:  E2371632  E2371633  E2028575  Location Code: M13  **ORDER** |

Upon motion of the United States and for good cause shown,

**IT IS ORDERED** that the defendant shall pay restitution in the amount of $20.44 to the payee no later than December 1, 2025.

**IT IS FURTHER ORDERED** that the defendant shall pay a $220 fine, plus a $30 processing fee, on violation E2371632, in monthly payments of $50 pursuant to the terms of the parties' agreement, with the first payment being submitted by January 1, 2026. The defendant shall pay the entire fine amount in full by May 1, 2206. Payments should be mailed to the following address:

United States District Court
Missouri River Courthouse
125 Central Avenue West, Suite 110
Great Falls, MT 59404

The checks should be made out to the Central Violations Bureau.

**IT IS ORDERED** that the bench in this case currently scheduled for January 9, 2026, is **VACATED.**

DATED this 6th day of November, 2025.

John Johnston
United States Magistrate Judge